ISIDRO ABASCAL, Appellant, v CITY OF NEW YORK, Respondent.

Submitted March 28, 2011; decided May 5, 2011

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.